STATE *v.* HILL

BRITT and VAUGHN, JJ., concur.

---

STATE OF NORTH CAROLINA v. LINWOOD K. HILL
No. 6910SC487

(Filed 22 October 1969)

APPEAL by defendant from *Carr, J.,* at the 11 June 1969 Criminal Session, WAKE Superior Court.

On 30 October 1968 the defendant was convicted in the District Court of Wake County of assault upon his wife. The court suspended a six-month jail sentence upon several conditions, two of which were that he not assault his wife and not come in personal contact with his wife. On 15 April 1969 he was convicted in the same court of assaulting his wife with a deadly weapon, this assault having taken place on 5 March 1969. The district court imposed

a jail sentence for the latter assault and revoked the suspension of the earlier sentence. Both cases were appealed to the Superior Court of Wake County where he was found guilty of the second assault and the activation of the sentence previously suspended was affirmed. Both cases were appealed to this Court, the appeal in this case being from the judgment putting into effect the suspended sentence.

*Attorney General Robert Morgan by Staff Attorney Dale Shepherd for the State.*

*Russell W. DeMent, Jr., for defendant appellant.*

VAUGHN, J.

The only assignment of error in this appeal is that the judgment revoking the suspended sentence was in error because it was based solely upon a conviction for a subsequent assault which conviction the defendant contends was erroneous.

By opinion filed this day in the assault case, we have affirmed the conviction which the defendant contended was erroneous. The judgment putting into effect the suspended sentence is, therefore,

Affirmed.

BROCK and BRITT, JJ., concur.